# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3515 | **DATE** | 8/10/2010 |
| **CASE TITLE** | Nextpoint, Inc. Vs. Case Central, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/14/11 at 9:00 a.m. Fact discovery shall be noticed in time to be completed by 02/18/11. Plaintiff's expert disclosure and reports shall be served by 03/31/11. Defendant's expert disclosure and reports shall be served by 04/22/11. Rebuttal reports, if any, are to be served by 05/23/11. All expert discovery shall be noticed in time to be completed by 06/10/11. Dispositive motions are to be filed by 07/15/11. Responses to the dispositive motions, if any, are to be filed by 08/05/11 and replies, if any, are to be filed by 08/19/11. William Frimel's motion for leave to appear pro hac vice for Defendant [12] is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|